IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAEFFER MARQUIS COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV-02-PT-2366-E |
| ) | |
| JOSEPH D. HUBBARD, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 3, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed because plaintiff seeks monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915A(b)(2). The plaintiff filed objections to the report and recommendation on July 14, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed because plaintiff seeks monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915A(b)(2). An appropriate order will be entered.

DATED this 30th day of July, 2003.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE